## Claims of Suit

Claim (1) The F.Bop inmate Discipline Process is opperating UNCONSTITUTIONALLY And being Abused in An Arbitrary Capricious. Discriminary And or Retalitory Manner Placing Gorbey & other Prisoners in imminent Dangers

Claim (2) The F.Bop inmate Administrative Remedy Process is opperating UNCONSTITUTIONALLY Forclosing ON Prisoners Rights To Access To Courts And or Subjecting Them To subHuman Conditions And imminent Dangers

Claim (3) The F.Bop inmate legal mail system is opperating UNCONSTITUTIONALLY Forclosing ON Prisoners Rights Of Access To Courts subjecting them To subHuman Conditions And Imminent Dangers

Claim (4) The F.Bop Failing To Keep Gorbey safe And or Denying Him The Right To self Defense is UNCONSTITUTIONALLY Violating His 2nd, 5th, 8th & 14th Amendments While subjecting Me To Imminent Dangers

Claim (5) F.Bop Policy is being ignored or Disregarded unconstitutionally subjecting Gorbey To clear subHuman Conditions And Imminent Dangers

Claim (6) The F.Bop Urineallysis Drug Field Tests Are being UNCONSTITUTIONALLY Conducted Violating Gorbeys Rights And subjecting Him To Prejudices

page 3 of 23

## Grounds For Relief

**Claim (1)** The F. Bop inmate Discipline Process is opperating UNCONSTiTuTioNAlly, being Abused iN AN Arbitrary Capricious, Discriminary AND or Retalitory manner Placing Gorbey & other Prisoners iN clear imminent Dangers.

### supporting Facts

F. Bop Program statement 5220.09 inmate Discipline Process CFR §541.4. To §541.8 Provides specific standards iN Disciplining inmates Which is governN by 18 or 28 USC §4042 clearly Providing that such Process is NOT To opperate iN ANy Arbitrary, capricious, Discriminary or Retalitory manner.

However, The inmate Discipline Process is (More OFFTen Than Not) being Abused & misused by F. Bop staff To Attack & Punish inmates like Gorbey unjustifiably To Cover up other serious threatfull Events like inmate Assaults AND To Retaliate on Gorbey For Filing complaints of staff misconducts on F. Bop Employees, and offten subjecting Gorbey To imminent Dangers. see, Gorbey's inmate Discipline chronology Report listing some 25 incidenT Reports in some 13 years At verious institutions accross the country where staff Have Abused or misused Discipline Process Against Him And then His Due Process Rights were violated, Delibertly by F. Bop UDC. And DHo staff Hearing Officers, To knowingly subject Gorbey to loss of good Time, loss of Privilges And A list of other sanctions, where No Timely or Reasonable complaint or Appeal Process is Available Forcing Gorbey To suffer the sanctions. see Examples

Example (1) IN A Prior Discipline Action At usp Terre Haute Indiana. unit Team staff were deliberately misscoring Gorbey's custody Points To (make Him) usp Eligible while knowing He could not **walk** The yard so As To Abuse use of Discipline Process on Him & sanctions For seeking P.C. where. in A maliciously Abused Application of This incident Report sent To DHO For greater sanctions & loss of good Time. The Facility warden marberry. Appointed Gorbey's case manager MR. English (whom was the one Deliberately Jacking up Gorbey's Points (causing) The issues At Hand!) As Gorbey's staff Rep. & whom (Told The DHO) Gorbey was guilty (causing) A conviction. & loss of 14 Days good Time. & other sanctions!

Example (2) IN A Prior Discipline Action At usp mccreary Ky. Gorbey got intangled with 3 other People in Regards To AN incident Report over Alleged Phone Abuse. And yet, The Person (causing) The incident Report went Home unDiscipline & left Gorbey & 2 others Hanging where. The DHO (Retaliating For Gorbey's Filings) only gave The other 2 inmates (one of which Already Had other incident Reports That year) A 300 level conviction & 90 Days loss of Phone. While Gorbey Recieved A greater 200 level conviction With 27 Days loss of good Time & 90 Days loss Phone. commissary & visits.

Example (3) IN Prior Discipline Actions At usp lee VA. A staff member LT. Bowles, (known For Fabrecating Discipline charges on inmates, brought some 8 yes! (Eight) Discipline charges on Gorbey in 30 Days, > of which were later over Turn (After) Gorbey serve The sanction Due To Facts being Established That LT. Bowles <u>Had</u>.

infact Repeatedly lied & Abused use of the Discipline Process

Example(4) In A more Recent Prior discipline Action AT F.C.I.
Cumberland md. 3287668 staff Abused use of the
Process charging Gorbey For Fighting Where staff Fail
To Keep Gorbey safe. (Watched & Allow) 2 inmates (with)
weapons, Attempt To seriously Assault or Kill Gorbey
in His cell on 7-31-19 & Gorbey only used the less
means of defense Possible. simple Pushes To Exit
the threat full cell. Where DHo HUFF. Sanctioning
Gorbey 27 days loss of good Time & 180 days loss of
Priviliges. claim that the F.Bop does not Recognize
self defense & Regardless if staff Fail to keep Him
safe. Gorbey was (obligated) To suffer the serious
Assault or death. Conserning Where. Not 2 months
Prior At F.C.I Cumberland md. Another D.C. state
Prisoner like Gorbey. Mr. lumpkin A member of
Gorbeys Native Religious community. was Attack
in His cell by 2 muslums with weapons and Had
His Head crushed & was still in the morgantown
w.va. Hospitle intensive care unit when Gorbey
was Transfer From Cumberland in Oct. 2019. And
(Proof) that such serious Assaults & threats of
death were occuring At F.C.I Cumberland. For which
Gorbey is still Fighting in Dist. Court Baltimore. md.
1:19-cv-2530-RDB. To no Avail As of yet!

Example(5) Recently. on 3-16-20. Gorbey was Again Attack by
inmates in His cell. this Time At F.C.I Estill. s.c.
unit C-A cell 224. Around 11:00 Am (While) staff
(stood & watched) doing Nothing To Protect Gorbey
And when Gorbey sounded His cell Alarm & muscle
His way out the cell. (After) being Assaulted & inmates

Having Thrown stuff on Him., UNIT Staff Retaliating
For Gorbey Having Filed misconduct Complaints on
That very Staff (mastro) Just one week prior.
Error Process Gorbey on A False intoxication
charge To Cover up the Assault. being A clear
Threat To Gorbeys safety. see Report #

Discipline Hearings & officers. Violations

(1) DHO Staff Are Abusing use of Administrative Detention
To Deter inmates From Calling witnesses or seeking
Staff Reps.. The DHO will let us sit For 30 Days or
So & then Call us For A Hearing (without) our Staff
Rep. or witnesses & Ask iF we want To Proceed
without them. & if we say No! we want them
The DHO will Have us placed back in Administrative
Detention For weeks or months more. see incident
3211576 where. Gorbey sat some 55 Days. Administrative
Detention before. Finely being seen by DHO A clear
Abuse or misuse of Administrative Detention To
Deter inmates From seeking staff Reps & witnesses.

* (2) The Discipline & Admin. Remedy Process seperate or
Together Are both Unconstitutional Here As when
A DHO staff is violating our Rights. we Have NO
Reasonable way To Address it.

(a) while Policy Allows the warden To Address Complaints
At the local level informally (via) Bp8, Bp9. Any
such Complaint gets Rejected Errorly Telling us
we must File DHO Complaints to the Region (via) Bp10
However. if we File Any Bp10 Regional Complaint
(Prior To) the DHO Hearing & issuing of A DHO Report
(which Any complaint then Cannot Fix Already suffer Damages)

That complaint is also Rejected. leaving us absolutely (No way) to proper-Timely Address Pre-Hearing Misconducts by ANY DHO STAFF. Making the process to be unconstitutional.

(3) DHo staff are commonly denying or Refusing us staff Reps. witnesses and or evidence for our defense and or are allowing or even encouraging staff Reps that are selected or appointed to do nothing for our defense. see.

Example.

On 3-16-20 Gorbey Recieved an incident Report at FCI Estill. For a bogus Intoxication charge in attempt to cover up staff Misconducts and inmate assault.

Gorbey inform Estill staff at his UDC Hearing that He wanted witnesses. DR. lepioni. LT. shaffield. LT. Bennett And Counselor levant. + that He wanted a staff Rep. MRS. A. wallace. And evidence of His pending medications 800 Ibuprofen. latanaprost glaucoma eye drops. & solinium sulfied lotion. And. medical conditions Hypoglocimia. Hypertension + High Blood Pressure.

yet. Before Gorbey was seen by DHO at Estill He was transfer to USP lewisburg PA.

where (without even asking Gorbey) USP lewisburg. warden spaulding. (voided) Gorbey's Request for staff Rep. MRS. wallace. Note. if wallace was unavailable since Gorbey was now at lewisburg. The DHO or UDC at lewisburg should have afforded Gorbey opportunity to select

Another staff Rep. of His choice. Which He would Have Requested Mrs. Brockman of PsyCology. USP lewisburg. yet. instead of Affording Gorbey His Due Process Right. Warden Spaulding simply Appointed A Staff Rep. of (His choice) A. MR. King. Whom openly (Refuse) to Do Anything For Gorbey. See Exhibit (1)

DHo Proceedings ON 4-29-20.

ON 4-29-20 About 11:00 Am A MR. King Appear At Gorbey's Cell Door G-UNIT Cell 116 Explaining That He King. Had been Appointed by the Warden As Gorbey's staff Rep. And that (In A Few MiNuTes) the DHo Hearing Would be Conducted!

Gorbey objected. 1st to MR. Kings Appointment & 2nd to Any Such DHo Hearing That Day. As Gorbey Explain to MR. King that He Needed His Staff Rep. to Collect Witness Statements And Evidences Now beyond Gorbey's Reach At FCI Estill And on File At FBOP medical departments. yet. MR. King openly & Blantenly (Refused) to Assist Gorbey. Arguing that As Staff Rep. He Was only Required to Stand beside Gorbey At the DHo Hearing. openly Violating Gorbey's Due Process Rights. See. P.S. 5270.09 CFR 541.5 To 541.8. Duties of Staff Reps. To speak with Witnesses Collect Statements From Those Unable to Appear At the Hearings. And To Collect Valuable Evidence beyond the inmates Reach. See. Exhibit (1) Copy of Witness Statement by Gorbey's Celly MR. Cook #64065-056 Whom Personally Witness This Exchange

Page 8 of 25

between Gorbey And Mr. King on 4-29-20. and later
Dhe Chambers Allow This & convicted Gorbey Arbitrarily.
Where. Then Promptly After the Exchange With Mr. King
Gorbey Was usher to the DHo Hearing before DHo Mr.
chambers whom smart mouthedly Told Gorbey, He
The DHo was (not Allowing) Gorbey Any medical
Witnesses or Records to (pit) Against Nurse ulmers
False statement in the incident Report, That To
Him, Chambers. What ulmer said Was (Final) leaving
Gorbey (No Way to Defend Himself.) violating Due
Process And. That, He chambers, Did not care iF
The Staff Rep. Did nothing. He chambers Was not
Allowing Gorbey Any of His Witnesses. That He
chambers Was gona Contact Fox Estill Lt.
shaffield only to see what He saw upon Reviewing
The camera's & iF Shaffield said Any Thing other
than what Gorbey said. (Gorbey) Was gona pay the
Devil For This incident Report! Simply & completely
Violating Gorbeys Due Process Rights And openly
(Threatning) Gorbey! Proof That These FBop Discipline
Processes Are UNCONSTiTUTioNAL & capricious.

(4) DHo Reports Required to be issued within 15
callender Days to Allow Reasonably Timely Appeal Are
being Delayed unreasonably sometimes up to As
much As 6 months (Preventing) Prisoners Any Appeal!
Forcing Them to SUFFer SANCTIONS, Which Has
Happen to Gorbey multiple Times in the FBop on
charges He Was Actually innocent oF Forcing Him
to suffer All sorts oF sanTions. Disciplinary seg.
loss oF Bed matrice, loss Commissary - PHone,
E-mail & visits All & more before He Even got Any

chance to Appeal And then making Appeal unable to
Provide Relief. A clear Abuse & misuse of the
Discipline Process by F.Bop Staff making the
Process to be UNCONSTITUTIONAL. As Applied.

claim (2) The F.Bop Administrative Remedy Process is openly
opperating UNCONSTITUTIONALLY Forclosing on Prisoners
Rights of Access To Courts And or subjecting them to
Subhuman Conditions And or IMMINENT Dangers

      supporting Facts

(a) IN light of this claim section 42 USC § 1997 e (a) the
PLRA Exaustion Rule is UNCONSTITUTIONAL As well
Allowing F.Bop Staff A method of impeding Valid
Court Actions by Prisoners impeding court Access.

(b) the F.Bop Administrative Remedy Process is A 5
step Process & 42 USC § 1997 e (a) makes it A Const. Right.

(1) Raising An issue with staff verbally or (via) cop-out

(2) Filing A Bp8 informal Complaint Which is Required by
Policy to be Answer within 5 ~~calender~~ Days work Days.

(3) Filing A Bp9 Formal Complaint Which is to be
Answer within 20 Days Allowing An Additional
20 Day EXTENTION Available.

(4) Filing A Bp10 Regional Appeal to be Answer Within 30
Days with A 30 Day EXTENTION Available.

(5) Filing A Bp11 Central Office Appeal To be Answer
within 40 Days with A 40 Day EXTENTION Available

\*  Policy Provides 1330.16 that if AT ANY Stage of
the Remedy Process A Response is NOT Afforded
within the Time Prescribed by Policy, the inmate

may construe that as a denial and proceed to the next level of appeal.

However, that process of policy is NOT allow by F.Bop facility or Regional staff and ANY Appeal at any level taken (without) enclosing a copy of a response from below automaticly gets rejected. Even appeals on no response being provided from below.

This allows F.Bop staff to impede exhaustion of the Remedy process & impeding Access to Court.

(a) Bp8 Informal Remedies.

Staff refuse to issue them impeding Access, they refuse to issue more than one impeding Access on other important issues as only one issue can be raised on each form and therefore violating policy which provides that the Informal process is NOT to opperate to impede formal filing. Staff fail or refuse to respond to Bp8's impeding Formal Filing and a list of other misconducts are implicated by staff which impede Exhaustion of the Remedy Process making it unconstitutional.

(b) Bp9 Formal Filing. Warden level Complaints.

Policy provides that some Formal Complaints such as medical, Emergency or misconduct complaints are NOT to be Rejected. yet for many Error Reasons they commonly are.

Policy provides 20 days for a response design to start the day the inmate submitts His complaint yet. (staff) do not conside it filed until they

Decied To Key iT iN The Computer some Times Delaying
The Process For weeks or more & (some Times)
impeding iT EnTirely if They Never Key iT iN, And
Then Responses Are Delayed Delivery UnreasonAbly,
OFFTEN UNTil ANY Time For Appeal Has Already
Expired That Can only be Cured by A STAFF letter-
-Head Explaining That Delays Are beyond iNmAte
ControlE. Which OFFTEN is AvAilAble (less Than) The
EasTer BunNy!! And staFF Commonly Return Bp9. &
Bp10 Responses Through instiTuTional mail That
STAFF (KnoW) Have Appeal Times Already Expired <u>so</u>
The inmate will Have (No way) To Prove The date of
Delivery & Therefore UNAble To Obtain <u>Any</u> letterHead.
To Preserve their Rights To Appeal And or ExhAusTion
All & more simply making The Remedy Process To be
UNConsTiTuTionAlly Applied.

(C) Bp10 Regional level Appeals
   Policy Provides A 30 Day Time For Response From
The Day The Prisoner submiTs The Appeal. yet. FBOp
(STAFF) do NoT Consider iT Filed UNTill The Day <u>They</u>
Key iT iNTo Their systems. Which is OFFTEN Delayed
UNreasonAbly see.

  Bp10 Appeal To incidenT Report 3287668.. Gorbey
Was 1sT Delayed Recieving The DHo Report Well <u>over</u>
15 Days.. impeding Appeal While He serVed sancTion.
And Then He Finelly obTain The DHo Report And Filed
His Bp10 Appeal iN ocTober 2019.. yet iT Was NoT
UNTil march 3, 2020 Nearly (5 months later)
before The Appeal Was Ever Keyed iNTo They system
Which Produced A Response Time (With ExtenTion)
OF December 28. 2019 (Already Expired) by some

3 months before the Appeal was even keyed into the system! Where. All of Gorbey's Sanctions Except the loss of good Time Had Already been suffered & Expired (before) His Appeal Ever Even got keyed into the system, making the Process to be clearly unconstitutional. And then the BP10 was not Responded to until March 23. 2020 by Hostile Regional Staff Siro. that Gorbey Has Filed & sued before for misconducts. Whom Retaliating, Deny Gorbey Entitled Relief. Where Gorbey was Attack At F.C.I. Cumberland Md. by 2 inmates with weapons in His Cell While staff looked on & Fail to keep Him safe. yet staff then later abuse Process on Gorbey for Fighting when He simply Push the inmates to Defend Himself and to Exit the Cell. see.

Tsosie vs. Garrett 409 Appx 262 (2010)

Rodriguez 508 F3d 616-17

F. Bop staff Have 8th Amendment obligation to keep Prisoners safe. And.

All US Citizes Have 2nd Amendment Right to self Defense (Especially) through the Confrontation clause. see 14th Amendment Equal Protection.

Where. Gorbey Did Not Recieve this March 23. 2020 Denial of His Oct. 11, 2019 Appeal until April 15, 2020 And then was Denied Postage At FCI Estill and Delayed Filing His BP11 Appeal until He could Do So At USP Lewisburg PA. on April 22, 2020. Some (one Day) before the BP11 Appeal Time Expired (which includes mailing Time) As the FBOP Does not offer or Honer Any Prisoner

mail box Rule while Lewisburg staff Refused Gorbey
Any letterHead. clearly making the Remedy Process
To be UNCONSTiTuTiONAL. As Applied.

(d) Bp11 CentraL office Appeals.

Gorbey Has Had some Bp11 Appeals Delayed As
much As up To 24 months. yes! (Twenty Four) months
Several Have been Delayed up To 18 months And
most Are delayed 6 months or better, making
The Process And or The ExHausTioN RequiremeNT
to be UNCONSTiTuTiONAL. Forcing us To suffer Damages.

claim (3)   The F. Bop inmate legal mail system is opperating
UNCONSTiTuTiONally For closing oN Prisoners Rights
of Access To Courts And or subjecting them To
subHumaN CondiTions And or ImmineNT Dangers

supporting Facts.

Bop Policy Provides that Courts Are Among the
list of offices that Automatically Qualify
As legal. yet. F.Bop staff Are DemandiNg that
Courts Comply With legal mail standards Require
by Attorneys.

(a) To Place + Persons, Actual Name on the Front Envalope
(b) To clearly Provide their occupation. Where ESQ. or
    clerk ~~or clerk~~ is Not Enough.
(c) To Provide A Return Address.
(d) To list (legal or special mail)
(e) To list (open only in Presence of the inmate)

All on the FRont of the Envalope, otherwise
the mail gets Treated As genneral Correspondance
And. open outside the Prisoners presence. sensor.

Copied, left in Common Areas, given to wrong inmates,
Trashed, Delayed And sometimes Placed in Prisoners
Property Property stored in shu beyond His-Her Reach.
All & more making Avenues of Availability To impede
Prisoners Access To Courts, Making the Process To be
UNCONSTITUTIONAL As Applied see Examples.
Case 0:20-CV-01116-JFA-PJG, The District Court S.C.
order on 4-9-20 For Gorbey to Complete A battery of
Court Documents before it would Even Consider His
Imminent Danger claims and Had to Complete the
battery of Documents While in the Adverse Conditions
Complained About Within 21 Days or suffer Dismissal.
Yet, F.Bop staff Withheld service of the order until
4-30-20. The same Day the 21 Days Expired. see Exhibit (2)
Copy of Envalope listing Recieved At usp Lewisburg (After)
being Delayed by Both Estill & Lewisburg staff. see Also.
Case 1:19-CV-2394-RDB order of Dismissal by md. Court
Gorbey Never Recieved. Dated 3-20-20. And see Case No.
1:19-CV-220-RDB order Denying Reconsideration by md.
Ct. mailed 4-27-20 And usp Lewisburg staff sent Gorbey
A Copy of the Envalope With (Blank) Pages inside. To
impede Timely Appeal That Gorbey Had to seek other Copies
of & Consult Prison Electronic law libraries to Find out What
Was issued. All (Proof) This F.Bop legal mail Process is
opperating UNCONSTITUTIONALLY & subject Gorbey to 1st, 8th
& 14th Amend. Rights violations & Imminent Dangers.

Claim (4)   The F.Bop Failing To Keep Gorbey Safe And Denying Him
the Right To self Defense in the Process of Failing to
Keep Him safe is UNCONSTITUTIONAL violating His 2nd,
5th, 8th & 14th Amendment Rights subjecting Him to
Imminent Dangers.

## Supporting Facts

As in Recent years since 2017 Gorbey Has been confronted with being subjected to Attempts of serious Assault or Death by inmates While F. Bop Staff Fail or Refuse to keep Him safe. see.

(a) Inmate Assault in Shu At usp Lee 2017.

(c) Inmate Assault At usp Hazelton 2017.

(d) Inmate Assault At FCI Cumberland 2019, Sep. 31.

(e) Inmate Assault At FCI Estill. 3-16-2020, see.

Tsosie vs. Garrett 409 Appx 262 (2010)

Rodriguez 508 F.3d 616-17 (11th Cir. 2007)

F. Bop Staff Have an 8th Amendment obligation to keep Prisoners safe!

However, F. Bop staff Have Repeatedly Fail this Duty being A pattern of misconducts Evidencing the likelihood of serious Physical injury or Death. See.

Martin vs. Shelton (8th cir. 2003)

Where, in this Process of Failing or Refusing to keep Gorbey safe, the F. Bop Has in turn (Refused) Gorbey the Right to Defend Himself And Has Constently (Punish) Gorbey for using His Right to self Defense under the 2nd Amendment & confrontation Clause Even in Threatfull Confrontations, clearly, Abusing use of the inmate Discipline Process Demanding that Gorbey must suffer the serious Assault or Death At the Hands of other inmates, clearly, violating Gorbey's 2nd, 8th & 14th Amend. Rights And subjecting Gorbey to clear Imminent Dangers. As long As He Remains Within the F. Bop At any

level Above A minimum level of security camp.
Where, inmates are serving or only have left
To serve, Relitively short sentences, 10 years
or less. most of Which Program And Work
Prison Jobs And Are more likely To NOT Possess
or use weapons or To seriously Assault or kill
other inmates. see. Smith vs. Crosby (11th Cir.) 61
Fed. App'x 670. And. clearly being An IMMINENT
Danger threatning serious Physical injury or Death.

claim(s)   F. Bop Policy is being ignored or Disregarded
UNCONSTITUTIONALLY, subjecting Gorbey To clear
subhuman condiditions And IMMINENT Dangers.


supporting Facts.
Where. As listed Above in claims 1-4. F. Bop staff
Are constently ignoring or Disregarding their
own Policies & Program statements that Hostile
Courts Disregard As internal mechinisums that
Don't Envoke A constitutional Right yet in so
it is Forcing Prisoners To suffer many clear
constitutional violations As (some) Are listed
Above. And. therefore. must At some Point invoke
A constitutional Right. For instance. The F Bop
Administrative Remedy Process. Allegedly Not
being A constitutional Right! yet. it's Exhaustion
is A Jurisdictional Pre-Requisit To Court Filing
under 42 USC §1997 e(a) Enabling F. Bop staff To
violate their own Policies Regatding that Remedy
Process & to impede Prisoner Access To courts &
therefore Triggering A constitutional Right to

Remedy Access And Availability of Exhaustion see.
Ross & King vs. Doval et. al 10 led 51, 13 Petters 45.

Due Process - Equal Protection of law, the Minimum
Requirement of due Process, Fair Process or Equal Protection
of law Both Substantive & Procedurally Are defined by
The Due Process & Equal Protection clauses And Not by
State law or F.Bop Policy see. Cleveland Bd of Education
vs. Loudermill 470 u.s. 532 (1981)

**Claim (6)** The F.Bop urine analysis Drug Field Tests Are being
unconstitutionally Conducted violating Gorbey's
Rights And subjecting Him to Prejudices.

supporting Facts
The F.Bop urine analysis Drug Field Test is Conducted
by Having the Prisoner Provide A sample of urine in
A Test Cup & then Requires Him-Her to signe the
Test Application And initial Part A the Cup seal
strip... yet. F.Bop staff Are Prejudicially Demanding
that Prisoners immediately initial (Both) Part A And
Part B the Cup seal strips.
Where Part B is designed To only be signed or
initial (if) in Any Event Part A seal is Broken. so
As to Provide A New seal. but signing Both Aldes
staff Availability To tamper with the urine sample
given And to Produce False or manipulated Results.
Where. once A sample is given. staff use the Part
A seal to seal the cup (in the inmates Presence) &
should For Any Reason seal A be Broken. staff would
(then) Have the inmate signe Part B seal. And then use
it to seal the sample (in the inmates Presence) yet.

page 18 of 25

F. Bop staff Are now demanding prisoners initial Both Part A and Part B seals and then take the sample Away Allowing opportunity to Remove the Part A seal. Tamper with the sample & then use the Part B seal & claim it was done in the inmates Presence subjecting us to Discipline Actions. And therefore violating our Rights because they Are unconstitutionally conducting urine Analisos tests.

I Gorbey Hereby Also seek Relief For Any other claims of Right or violations of law that Are Not specifically stated but could be Reasonably Assured From the Facts of this suit unless otherwise Rejected or Denied by me Personally.

## Imminent dangers Presently suffer

(1) I Gorbey suffer Abuse of Discipline Process And threats of Further inmate Assaults. serious Physical injuries or death From those Assaults As long As I Remain in F. Bop custody in Any level Above minimum Camp security, where Assaults Are less likely to occure.

(2) I suffer Denial of Proper - Timely glaucoma Treatment 60% damage to L-eye & 20% to Right threatning Blindness. Note Gorbey Had A medical "Hold" in south carolina Pending laser eye surgery & yet. was Error ship to Pennsylvania on 4-17-20 where He must start All over with His complaints & Evaluations to (Attempt) to Recieve Treatment while He suffers Further injuries & Pains to His eyes & threats of Blindness. Even (After) Gorbey Properly - Timely Notify Appropriate Bop staff About His medical "Hold".

(3) Gorbey is still Forced to Top Bunks And is suffering

Falls & untreated Physical injuries As His chronic
injuries R-sholder, R-wrist, R-knee & L-ancle will
NOT support His weight. & He is Medically designated
to Not lift ~~or~~ over 25 lbs. subjecting Him to Falls
& Further threats of serious Physical injuries or
death in Cells composed of concreat & steel.

(4) usp lewisburg does Not Have in Cell Durress buttons
leaving Gorbey in A Confined small some 30 square
Foot movable space with Another inmate that
Could obtain Animosities and Assault Gorbey
or Gorbey With His Hypoglocimia, Hypertension
& High Blood Pressure Could suffer stroke or
Heart Attack And Have (no Way) to Alert staff
or to seek Assistance, being A clear Imminent
Danger.

(5) usp lewisburg Cells Are Cover with 1930's-1940's
lead Paint that is Pealing & chipping into Gorbey's
Food. Drink, Hair & Breathing, Causing Direct
Exposure & Known to Cause serious sickness or
Death. being An Imminent Danger.

(6) usp lewisburg Cells Have A Rusty, 1930's High
Pressure Hot Watter Boiler Type steam pipe
that Could Burst At Any Time & Cause serious
Physical injuries or Death. being A clear
Imminent Danger.

(7) usp lewisburg G-unit Cells Where Gorbey is Held
Have large, High Watt spot light Bulbs ment to
light outdoor Areas that Are Excessive lighting
And Threatning to Blind Gorbey Especially So
Concerning With His glaucoma issues

(8) Gorbey is Denied Remedy Access For Any of these issues

serious Physical Injuries.

United States vs. Calzada-Ortega (1-10-14) 551 Fed Appu 780

INJuries that involve serious Risk of Death. or
Cause serious Permanent Disfigurement or
Permanent or Protracted loss of A bodily Function
-organ or significant Physical Pain or Mental
or Sensory Faculty Disfunction see.
Eddy vs. Pate (6-24-11) U.S. Dist. Lex. 107820
Battle vs. United States (4-26-18) U.S. Dist. lex. 70874
United States vs. Edmundson (12-29-15) 153 Fsupp 3d. 85

Temporal Constraints

Asemani vs. U.S. Citz. & Imm. Serv. 797 F.3d. 1069
(D.C. Cir 2015)
When Considering An imminent Danger claim
A court is Required only to look At the Prisoners
Filings At the Time He Files His Complaint Which
claims are to be liberally Construed in The
Prisoners Favor and Accepted As True. Id cite
Mitchell 587 F.3d. at 421 And Id at 420. see.
Temporal Constraints Placed on D.C. Courts
on the Facts that Can be Considered in Evaluating
Prisoner Imminent Danger Claims see.
Asemani 797 F.3d. at 1074 see.
Pinson vs. U.S. Dept. of Justice 18-5331 D.C. Cir.
Gorbey vs. United States 18-5375 D.C. Cir.
see Amicus Brief At Pages 30-31 Arguing that
Gorbey need only make A "Plausable Allegation"
in Any Document that (Could be) An ongoing
Danger At the Time of Filing (Citing)
Williams 775 F3d at 1189.

<u>Relief sought</u>

(1) I Demand $9,500,000.00 Cash.

(2) I seek INJUNCTIVE Relief To Have The F.Bop inmate Discipline Process Reformed To be more Constitutionally Applied

(3) I seek INJUNCTIVE Relief To Have the F.Bop inmate Administrative Remedy Process To be Reformed To be more Constitutionally Applied so As To Provide Availability To Cure Sub Human. Conditions, IMMINENT Dangers & Misconducts. by Prison staff, in more Proper Timely Fashon & To Adequately & Timely Allow Prisoner Exhaustion.

(4) I seek INJUNCTION Relief To Have The F.Bop inmate legal mail Process Reformed so As To be more Constitutional For Prisoners preserving their Privacy legal Rights & Access To Courts. To Help Prevent & Cure IMMINENT Dangers Andor subHuman Conditions

(5) I Demand The F.Bop be made To keep me Safe, Allow me The Right To self Defence iN EveNts of ANY CONFRONTation (Especially Where staff Fail or Refuse To keep me Safe.) Without Threat of Disciplinary Action. or imminent Dangers or To be immediately Transfer To A minimum level Facility Camp. Where I Can Freely Work & Program or Transfer me back To D.C. Jail For the Rest of my sentence or To Release me From Custody.

(6) I seek To Have All F.Bop staff To Fallow their own Policys & Program statements. so As To Prevent Rights violations. subHuman Conditions & IMMINENT Dangers. or be subject To Civil Damages. Constitutionally.

(7) I Demand All my good Time Having been Error

Taken in All or Any UNCONSTiTuTiCNAl FBop
Discipline Process or DeNied Return Through All
or ANY UNCONSTiTuTicNal Remedy Complaint
or Appeal To be immediately Return To me
And All Reports obspunged see 147 Days good Time
As well As Compensation for All of the Discipline
SANcTiONs I Served For UNCONSTiTuTiCNAl FBop
Discipline AcTiON And or ANY 9 All I've been or
Am AcTuALly INNOcENT of or legally INNOcENT of.

(chief) michael s. oWl FeaTher-Gorbey
33405-013


Certificate of service
        I Gorbey CertiFy That on 4-29-20 I
sent A Copy of This SuiT 9 All ExHibiTs or
ATTachments by 1st class us mail To.
U.S. ATToRNey office. U.S. DOJ. 950 PA AVe. NW.
Washington D.C. 20530 9 555, 4th. NW. D.C. 20530.

(chief) oWl FeaTher-Gorbey 33405-013


Declaration of mailing §1746 9 31621
        I Gorbey Declare That on 4-29-20 I Deposited
This Pleading in the usp lewisburg G-uNiT inTernal
legal mail system by 1st class us mail Postage ATTached

(chief) michael s. oWlFeaTher-Gorbey
33405-013
usp lewisburg PO Box 1000
lewisburg. PA. 17837.

## Affidavit

Declaration under Penalty of Purgery

I owlFeather-Gorbey Declare that the Facts Here Are True & Correct to the best of my Knowledge.
28 USC §1746 & 18 USC §1621

(chief) michael S. owlFeather-Gorbey
33405-013  usp lewisburg P.A.

(1) I Gorbey Declare that the F.Bop legal mail system is opperating unconstitutionally as when Prisons fail to Treat Court mail as legal it allows Prison staff a list of Avenues in which to impede Court Access forcing me to suffer subhuman conditions, serious or other Physical injuries & threats of Death.

(2) I Gorbey Declare also that the F.Bop Discipline Process is opperating in Arbitrary, Capricious, Discriminary & Retalitory manners and is being used to Cover up inmate Assaults against me. Posing A Significant Threat to my safety, & being Abused against me.

(3) I Gorbey Declare As well that F.Bop staff Are infact Deliberately Repeatedly (Failing or Refusing) to keep me safe while at the same time. Denrying me the Right to self Defense and therefore Posing A Significant Threat to my safety while they Cause, Arange And/or Allow inmate Assaults upon me. Repeatedly Since 2016 And I Have suffer serious Physical injurys to my Head Face shoulder & leg From it several times. (without) being Provided medical Treatments.

(chief) michael S. owlFeather-Gorbey
33405-013  usp lewisburg P.A.

## Affidavit

## Declaration under Penalty of Purgery

I Gorbey declare that the Facts Here are True &
Correct to the best of my Knowledge
28 USC § 1746 & 18 USC § 1621

(Chief) Michael S. Owl Feather-Gorbey

33405-013

On 5-8-20 I confronted unit manager Rekowski on my
G-unit 116 Cell Door, I Handed Him A Completed BP9
Explaining that Counselor Marr was withHolding the
BP8 Well over 5 Work Days to impede Formal Filing of this
BP9 (on Marr) Abusing use of the BP8 informal Process (To)
impede Formal Filing ① by only issuing 1 BP8 AT A Time
Forcing us to Delay Addressing or to Forgo some Complaints
When several Exist & only 1 can be Address ② Delaying or
NoT AT All Processing BP8's To impeed Formal Filing. See
BP8 on Marr submitted 4-29-20, still NoT Answered
Today 8 work Days later. Where, Unit Manager
Rekowski slid my BP9 back under my Cell Door Telling
me (He) did NoT Care that it was A Staff Misconduct
Complaint, only 1 BP8 will be given AT A Time & if or
until they Decide to Respond to that BP8. No BP9 would
be Filed. And When I clearly told Rekowski He & Marr
Cannot use the BP8 informal Process to impede Formal
Filing. Rekowski smartly stated that I would soon
Find out that they did things Differently Here At usp
Lewisburg & walked off clearly impeding my Formal
Remedy Access while I suffer a list of imminent
Dangers & A-W Brickard & Warden Spaulding Allow this
Behaviors   (Chief) Michael S. Owl Feather-Gorbey 33405-013

## Affidavit

### Declaration under Penalty of Purgery

I Owl Feather-Gorbey Declare that the Facts Here Are True & Correct to the best of my Knowledge. 28 USC §1746 and 18 USC §1621

(chief) michael S. Owl Feather-Gorbey
33405-013

I Gorbey Declare that the F.Bop Administrative Remedy Process is opporating unconstitutionally, and that the Bp8 Informal Filing Process is ~~offen~~ offen being used in Error by staff to impede Formal Filing. By Denying inmates Adequate Amounts of Bp8 Forms At one Time to Proper-Timely Address All their issues. And by Not Timely Responding to Bp8's openly impeding Formal Filing, in Any Timely Manner And, in most Cases. No Informal Attempts Are made by staff to Informally Resolve a Bp8, staff simply (if Ever At All) provide a lame Response that in most Cases mirrors the Responses the inmate Has Already Recieved in Regards to His-Her complaint & For Which a Bp8 is being Filed For. So, most offen As No Informal Resolution Attempt is made by staff. (Consulting with the inmate to Attempt a Compromisable Resolution Agreeable to both parties in A Timely 5 Work day Fashon) the informal Bp8 Process is Not serving it's intended Purpose As Applied And is (only) Causing Prisoners Pre Judicial Delays & offen Permenent impeding of Formal Filing & Required Exhaustion under 42 USC §1997 e(a) violating Prisoners Rights to Access to Exhaustion & the Courts.

(chief) michael S. Owl Feather-Gorbey
33405-013   USP Lewisburg PA.